DANIA M. ALVARENGA #244486
ALVARENGA LAW
Attorney at Law
1671 The Alameda Ste 307
San Jose Ca 95126
Telephone:408.289.1701
Facsimile: 877.520.6858

Attorney for Defendant
ESMERALDA BRISENO-GUZMAN dba PEPE's FOODS.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARED GUTIERREZ, DIEGO GARCIA, ARTURO GARDUNO, ADLOFO ZUNIGA, JESSICA CAMACHO; and ANTONIO ROLDAN<br><br>Plaintiffs,<br><br>v.<br><br>ESMERALDA BRISENO-GUZMAN dba PEPE's FOODS AND PEPE's FOODS INC<br>Defendant. | NO. C15-876-HRL<br><br>REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON<br><br>[Re: Dkt. 11]<br><br><br>Complaint Filed: February 26, 2015<br>Trial Date: None |

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that Dania M. Alvarenga, counsel for ESMERALDA BRISENO-GUZMAN dba PEPE's FOODS, hereby requests to appear by telephone at the Case Management Conference scheduled on Tuesday June 9 2015, at 1:30 p.m. via CourtCall. Counsel is based out of City of Visalia, Tulare County that is over 150 miles away from San Jose. The parties are informally attempting to resolve this matter and Counsel for Defendant is trying to keep costs down so that a resolution may be more readily reached.

///

////

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: June 8, 2015 | ALVARENGA LAW |
|   |   |
|   | By: ___/s/ Dania Alvarenga___<br>DANIA M. ALVARENGA<br>Attorney for Defendant<br>ESMERALDA BRISENO-GUZMAN |

**ORDER**

IT IS ORDERED THAT, good cause appearing, Dania M. Alvarenga, counsel for ESMERALDA BRISENO-GUZMAN dba PEPE's FOODS may appear by telephone at the Case Management Conference scheduled on June 9, 2015 at 1:30 p.m.

Dated: June 9, 2015

_____
HOWARD R. LLOYD