UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JARED GUTIERREZ, DIEGO GARCIA, ARTURO GARDUNO, ADOLFO ZUNIGA, JESSICA CAMACHO AND ANTONIO ROLDAN,<br><br>Plaintiffs,<br><br>v.<br><br>ESMERALDA BRISENO-GUZMAN dba PEPE'S FOODS AND PEPE'S FOODS, INC.,<br><br>Defendants. | Case No. 5:15-cv-00876-HRL<br><br>**ORDER RE PLAINTIFFS' DISCOVERY REPORT**<br><br>Re: Dkt. No. 18 |

Plaintiffs move for an order compelling defendants to answer plaintiffs' interrogatories, requests for admission, and document requests, as well as to produce responsive documents. Defendants' discovery responses were due on October 5, 2015, and plaintiffs say that defendants have failed to respond. This court is told that defendants did not participate in the preparation of a joint discovery report as required by the undersigned's Standing Order re Civil Discovery Disputes. Nor have they responded to the instant discovery report from plaintiffs.

Plaintiffs' request is granted.[1] Defendants shall serve their answers to plaintiffs' discovery requests and produce responsive documents **no later than November 23, 2015**. Defendants

---

[1] The matter is deemed suitable for determination without oral argument. Civ. L.R. 7-1(b).

1   having failed to timely respond to the requests, any objections they might have asserted are
2   waived.  See Fed. R. Civ. P. 33(b)(4); Richmark Corp. v. Timber Falling Consultants, 959 F.2d
3   1468, 1473 (9th Cir. 1992) ("It is well established that a failure to object to discovery requests
4   within the time required constitutes a waiver of any objection.").

   SO ORDERED.

Dated:   November 12, 2015

_____
HOWARD R. LLOYD
United States Magistrate Judge

2

5:15-cv-00876-HRL Notice has been electronically mailed to:

Dania Marie Alvarenga    Dania@alvarengalaw.com, info2@alvarengalaw.com

James Dal Bon    jdb@wagedefenders.com, ba@wagedefenders.com

Stephen Arthur Horner    horner.steve@gmail.com