UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JARED GUTIERREZ, DIEGO GARCIA, ARTURO GARDUNO, ADOLFO ZUNIGA, JESSICA CAMACHO AND ANTONIO ROLDAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>ESMERALDA BRISENO-GUZMAN dba PEPE'S FOODS AND PEPE'S FOODS, INC.,<br><br>  Defendants. | Case No.  5:15-cv-00876-HRL<br><br>**ORDER TO SHOW CAUSE** |

A Final Pretrial Conference is set for February 23, 2016, 1:30 p.m., Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California.  At that conference, defense counsel Stephen Arthur Horner shall appear and show cause why he should not be sanctioned for failure to comply with this court's Standing Order re Pretrial Preparation.

SO ORDERED.

Dated:   February 12, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

5:15-cv-00876-HRL Notice has been electronically mailed to:

Dania Marie Alvarenga    Dania@alvarengalaw.com, info2@alvarengalaw.com

James Dal Bon    jdb@wagedefenders.com, ba@wagedefenders.com

Stephen Arthur Horner    horner.steve@gmail.com