United States District Court
Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                           NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11

12  JARED GUTIERREZ, DIEGO GARCIA,          Case No.  5:15-cv-00876-HRL
    ARTURO GARDUNO, ADOLFO ZUNIGA,
13  JESSICA CAMACHO AND ANTONIO
    ROLDAN,                                 **ORDER OF CONDITIONAL
14                                          DISMISSAL**
                  Plaintiffs,
15
          v.
16
    ESMERALDA BRISENO-GUZMAN dba
17  PEPE'S FOODS AND PEPE'S FOODS,
    INC.,
18
                  Defendants.
19
          The parties have advised that they have entered a full settlement in the above-entitled

20  action.  Accordingly, the court vacates all scheduled appearances and its February 10, 2016 order

21  to show cause.

22        IT IS HEREBY ORDERED that this action is dismissed with prejudice, and the court will

23  retain jurisdiction to enforce the terms of the parties' settlement.  However, if any party certifies to

24  this court, no later than September 8, 2017, with proof of service of a copy on the other party, that

25  the agreed consideration for the settlement has not been delivered or that the settlement has not

26  been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause

27

28

shall be restored to the calendar and set for trial.

SO ORDERED.

Dated:   February 16, 2016

_____
HOWARD R. LLOYD
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5:15-cv-00876-HRL Notice has been electronically mailed to:

Dania Marie Alvarenga     Dania@alvarengalaw.com, info2@alvarengalaw.com

James Dal Bon     jdb@wagedefenders.com, ba@wagedefenders.com

Stephen Arthur Horner     horner.steve@gmail.com

United States District Court
Northern District of California